THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
By: Michael P. Murphy, Chief Deputy (SBN 83887)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4762
Fax: (650) 363-4034
e-mail: mmurphy@co.sanmateo.ca.us

Attorneys for Defendant.
COUNTY OF SAN MATEO

LAW OFFICES OF J. BYRON FLECK
J. BYRON FLECK (SBN 157597)
160 West Santa Clara Street, Suite 1200
San Jose, CA 95113
Telephone: (408) 298-7482
Fax: (408) 297-3360
e-mail: jbflecklaw@earthlink.net

Attorney for Plaintiff
PATRICIA ANN YOUNG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANN YOUNG,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN MATEO,<br><br>Defendant. | Case No. C 03-5801 CRB<br><br>**STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND ~~[PROPOSED]~~ ORDER THEREON (CIVIL L.R. 6-2)**<br><br>Date: July 1, 2005<br>Time: 8:30 a.m. |

All parties to this action, through their counsel, stipulate and agree to continuance of the case management conference in this matter currently set for July 1, 2005 at 8:30 a.m. in Courtroom 8, for a period of at least two (2) weeks or such other date to accommodate the court's calendar.

This stipulated request is made on the following grounds:

1. This matter is currently set for settlement on June 30, 2005, before the Honorable Elizabeth D. Laporte, Magistrate Judge, and for a further case management conference on July 1, 2005.

2. A short continuance of the currently scheduled case management conference will allow the parties the opportunity to fully conclude any details of settlement, if settlement discussions are successful, and to report the results of settlement discussions to the Court through a joint case management conference statement filed in advance of the conference.

3. No previous continuances of the currently scheduled case management conference have been sought or obtained.

4. The delay should have no effect on the schedule for the case.

This stipulation is made June 14, 2005.

LAW OFFICES OF J. BYRON FLECK

By: /s/
J. Byron Fleck

Attorneys for Plaintiff
PATRICIA ANN YOUNG

THOMAS F. CASEY III, COUNTY COUNSEL

By: /s/
Michael P. Murphy, Chief Deputy

Attorneys for Defendant
COUNTY OF SAN MATEO

**ORDER**

The foregoing stipulation is hereby made an order of the court. The new case management conference shall be on June 14, 2005 at 8:30 a.m.. A joint case management conference shall be filed no later than ten days before the conference.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Charles R. Breyer

Charles R. Breyer
Judge of the U.S. District Court