1  THOMAS F. CASEY III, COUNTY COUNSEL (SBN 47562)
   By: Michael P. Murphy, Chief Deputy (SBN 83887)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4762
4  Fax:  (650) 363-4034
   e-mail: mmurphy@co.sanmateo.ca.us
5
   Attorneys for Defendant.
6  COUNTY OF SAN MATEO

7

   LAW OFFICES OF J. BYRON FLECK
8  J. BYRON FLECK (SBN 157597)
   160 West Santa Clara Street, Suite 1200
9  San Jose, CA 95113
   Telephone: (408) 298-7482
10 Fax: (408) 297-3360
   e-mail: jbflecklaw@earthlink.net
11
   Attorney for Plaintiff
12 PATRICIA ANN YOUNG

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 | PATRICIA ANN YOUNG,          | Case No. C 03-5801 CRB |
18 |    Plaintiff,                | **STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER THEREON (CIVIL L.R. 6-2)** |
19 | vs.                          |  |
20 | COUNTY OF SAN MATEO,         |  |
21 |    Defendant.                | Date: July 14, 2005 |
22 |                              | Time: 8:30 a.m. |

25    All parties to this action, through their counsel, stipulate and agree to continuance of the case

26 management conference in this matter currently set for July 14, 2005 at 8:30 a.m. in Courtroom 8, for a

27 period of at least two (2) weeks beyond July 26, 2005.

28    This stipulated request is made on the following grounds:

Case No. C 03-5801 CRB
STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER THEREON (CIVIL L.R. 6-2)

1.  A settlement conference was held on June 30, 2005, before the Honorable Elizabeth D. Laporte, Magistrate Judge.

2.  As a result of the settlement conference, a proposed settlement was reached by the parties. The proposed settlement agreement will be presented to the Board of Supervisors on July 26, 2005.

3.  A short continuance of the currently scheduled case management conference will allow the parties the opportunity to fully conclude any details of settlement, if settlement is finally concluded, and to report the results of settlement discussions to the Court through a joint case management conference statement filed ten days in advance of the rescheduled conference.

4.  One previous continuance of the currently scheduled case management conference has been sought or obtained.

5.  The delay should have no effect on the schedule for the case.

This stipulation is made June 30, 2005.

LAW OFFICES OF J. BYRON FLECK

By: /s/
    J. Byron Fleck

Attorneys for Plaintiff
PATRICIA ANN YOUNG

THOMAS F. CASEY III, COUNTY COUNSEL

By: /s/
    Michael P. Murphy, Chief Deputy

Attorneys for Defendant
COUNTY OF SAN MATEO

## ORDER

The foregoing stipulation is hereby made an order of the court. The new case management conference shall be on __August 19__, 2005 at __8:30__. A joint case management conference shall be filed no later than ten days before the conference.

_____
Charles R. Breyer
Judge of the U.S. District

[APPROVED — Judge Charles R. Breyer, United States District Court, Northern District of California seal]

Case No. C 03-5801 CRB                    2
STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND
[PROPOSED] ORDER THEREON (CIVIL L.R. 6-2)