IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PATRICIA ANN YOUNG,

    Plaintiff,

v.

COUNTY OF SAN MATEO,

    Defendant.

No. C 03-05801 CRB

**ORDER**

    Plaintiff Patricia Ann Young, through her counsel, J. Byron Fleck, failed to appear at a case management conference on September 9, 2005. Plaintiff's counsel previously failed to appear at a similar conference on August 19, 2005. In both instances, counsel failed to notify the Court of his absence or the reasons therefor. As a result, counsel is ordered to show cause why this case should not be dismissed. In particular, counsel is ordered to appear at a hearing on October 7, 2005 at 8:30 am in Courtroom 8 at 450 Golden Gate Avenue, San Francisco, CA. Counsel is hereby warned that failure to appear at that time will result in the dismissal of this case.

    **IT IS SO ORDERED.**

Dated: September 9, 2005

                                              CHARLES R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2003\5801\osc.wpd